UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD MARSZALEK,

    Plaintiff,

-vs-

IMAD FADLALLAH, Individually
and in his official capacity as
Principal of Dearborn Fordson
High School, and
DEARBORN PUBLIC SCHOOLS,

    Defendants.
_____/

Case No. 09-12955

Hon. David M. Lawson

THOMAS MORE LAW CENTER
By: Richard Thompson (P21410)
    Robert Muise (P62849)
Attorneys for Plaintiff
24 Frank Lloyd Wright Drive
Ann Arbor, MI 48106
(734) 827-2001
rthompson@thomasmor.org
_____/

## CONSENT FOR SUBSTITUTION OF ATTORNEYS

NOW COMES the THOMAS MORE LAW CENTER, by Richard Thompson, Esq., and hereby stipulates and agrees to the substitution of HOWARD E. GURWIN, P.C. and ROSENBAUM, BLOOM, MEYERSON & GALINSKY, P.C. as attorneys for Plaintiff Gerald Marszalek in the above matter.

                                      Richard Thompson (P21410)
                                      Atty. for Plaintiff

DATED: November 3, 2009