UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GERALD MARSZALEK,**

    Plaintiff,

v

**IMAD FADLALLAH**, individually and
in his official capacity as Principal of
Dearborn Fordson High School, and
**DEARBORN PUBLIC SCHOOLS,**

    Defendants.

Case No. 09-12955

Hon. David M. Lawson

_____/

HOWARD E. GURWIN (P25179)
HOWARD E. GURWIN, P.C.
Attorney for Plaintiff
645 Griswold Street
Suite 3080 Penobscot Bldg.
Detroit, MI 48226
(313) 963-2727

CLARK HILL PLLC
By: Robert A. Lusk (P38122)
Kevin T. Sutton (P65364)
Attorneys for Defendants
151 S. Old Woodward, Suite 200
Birmingham, MI 48009
(248) 988-5873

LOUIS GALINSKY
Co-Counsel for Plaintiff
Rosenbaum, Bloom, Meyerson & Galinsky, P.C.
645 Griswold Street
Suite 3080 Penobscot Bldg.
Detroit, MI 48336
(313) 961-1003

_____/

## PLAINTIFF'S ANSWER TO DEFENDANTS' AFFIRMATIVE DEFENSES

Now Comes Plaintiff, by and through his attorneys, and for his answer to Defendants' Affirmative Defenses contained in their Answer to Plaintiff's First Amended Complaint, states as follows:

1. Plaintiff denies the allegation contained in Affirmative Defense #1 for the reason that same is not true and leaves Defendants to its proofs.

2. Plaintiff denies the allegation contained in Affirmative Defense #2 for the reason that same is not true and leaves Defendants to its proofs.

3. Plaintiff denies the allegation contained in Affirmative Defense #3 for the reason that same is not true and leaves Defendants to its proofs.

4. Plaintiff denies the allegation contained in Affirmative Defense #4 for the reason that same is not true and leaves Defendants to its proofs.

5. Plaintiff denies the allegation contained in Affirmative Defense #5 for the reason that same is not true and leaves Defendants to its proofs.

6. Plaintiff denies the allegation contained in Affirmative Defense #6 for the reason that same is not true and leaves Defendants to its proofs.

7. Plaintiff denies the allegation contained in Affirmative Defense #7 for the reason that same is not true and leaves Defendants to its proofs.

8. Plaintiff denies the allegation contained in Affirmative Defense #8 for the reason that same is not true and leaves Defendants to its proofs.

Respectfully Submitted,

/s/ Howard E. Gurwin
By:  Howard E. Gurwin (P25179)
HOWARD E. GURWIN, P.C.
Attorney for Plaintiff
645 Griswold, Suite 3080
Detroit, MI 48226
(313) 963-2727
heglaw@sbcglobal.net

/s/ Louis Galinsky
By:  Louis Galinsky (P24067)
Rosenbaum, Bloom, Meyerson & Galinsky,
Co-Counsel for Plaintiff
645 Griswold Street
Suite 3080 Penobscot Bldg.
Detroit, MI 48226
(313) 961-1003
lgalinsky@rosenbaumbloom.com

Dated:    December 22, 2009.